[No. 7596–9–I. Division One. April 7, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARUE CLYDE DANCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88742, Frank J. Eberharter, J., entered May 2, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow, C.J., and Ringold, J.

[No. 7625–6–I. Division One. April 7, 1980.]

*In the Matter of the Marriage of* BYRON DEAN OTTEN, *Appellant, and* MURIEL LEILANI OTTEN, *Respondent.*

Appeal from a judgment of the Superior Court for San Juan County, No. 3448, Howard A. Patrick, J., entered April 23, 1979. *Affirmed* by unpublished opinion per Durham–Divelbiss, J., concurred in by James, A.C.J., and Andersen, J.

[No. 3149–7–III. Division Three. April 10, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE GILBERT TANNER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 21059, Carl L. Loy, J., entered October 31, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.